JENNIE WEAVER, Respondent, *v.* ALVAH H. TRAVER, Appellant.

*Weaver* v. *Traver*, 170 App. Div. 929, affirmed.
(Argued January 22, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1915, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged malpractice. Defendant is a physician and surgeon. He performed a double abdominal operation upon plaintiff in the Albany Hospital, November 13, 1912, removing the appendix and removing gallstones from the gall bladder and draining the same. On September 2, 1913, a thread presented itself through the unclosed sinus, and a physician, drawing upon it, removed a gauze tampon such as had been

used in the abdominal operation. Plaintiff had a verdict for alleged negligence on defendant's part in leaving the tampon in the abdomen and in failing thereafter to discover its presence and remove it.

*Charles B. Sullivan* for appellant.

*Andrew J. Nellis* and *Stephen J. Daring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.